COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In re Zak Nakhoda, James Wesselski, Kenneth Chambers, Philip Spotts, The Structural Alliance, Wesgroup Consulting, LLC, and The Mission Group

Appellate case number:    01-15-00695-CV

Trial court case number:    2010-25885

Trial court:    80th District Court of Harris County

Relators' Motion for Emergency Relief is **GRANTED**. The August 12, 2015 Order compelling production of relators' W-2 and IRS Form 1099s from 2008 to the present is **STAYED**, pending resolution of this petition for writ of mandamus.

The Court **REQUESTS** responses to the petition for writ of mandamus from the Real Parties in Interest. The responses, if any, are due **September 4, 2015**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
            ☑ Acting individually    ☐ Acting for the Court


Date: August 14, 2015